**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HILDA MAE JONES, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-3095 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on March 1, 2011. No objections were filed. This court has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. The record shows that the decision of the Administrative Law Judge to deny disability insurance benefits to the plaintiff was supported by substantial evidence and was rendered in accordance with the applicable law. Specifically, there was sufficient evidence of the plaintiff's ability to ambulate effectively, so that her condition did not meet or equal the requirements of the relevant listings. There was also sufficient evidence that the plaintiff could perform her past relevant work.

Accordingly, this court denies the plaintiff's motion for summary judgment, Docket Entry No. 10, and grants the defendant's motion for summary judgment, Docket Entry No. 8. Final judgment is entered by separate order.

SIGNED on March 21, 2011, at Houston, Texas.

                                        Lee H. Rosenthal
                                    United States District Judge