IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA MAE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3095 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's order adopting the Memorandum and Recommendation of the United States Magistrate Judge signed on March 1, 2011, the defendant's motion for summary judgment is granted and the plaintiff's motion is denied. This case is dismissed, with prejudice.

This is a final judgment.

SIGNED on March 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge